IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel.* SANDY PUGA, *et al.*, | |
| Plaintiffs, | Civil Action No. 3:17-CV-1415-E |
| v. | |
| GAURAV PURI, *et al.*, | |
| Defendants. | |

ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal filed on May 12, 2021, by the United States, the State of Texas, and Relators Sandy Puga, Nelda Torres-Brown and Sonia Cardoso (collectively, the Relators) (Doc. 47), and the Settlement Agreement dated May 5, 2021, among the United States, the Relators and Defendants Gaurav Puri, Gunjan Dhir, Dhir Dental Management, PLLC, Puri Dental Management, PLLC, Altius Healthcare Management, LLC, Family Smiles Of Ennis, PC, Gaurav Puri, PA, Family Smiles Of Beaumont, Gunjan Dhir, PA, Dhir & Puri, PA, Agape Dental, PLLC, Crown Dental, PC, Apex Dental, PC, Smile Design, PC, Huntsville Smiles, PLLC, Smile Accents, PLLC, Narayan And Dhir Dentistry, PLLC, Casa Dental, PLLC, Family Smiles of Tyler, PC, Vista Smiles, PLLC, Paris Dentistry, PLLC, Bella Smiles, PLLC, A1 Dental, PLLC, Marshall Smiles, PLLC, Mona Agarwal Dentistry, PLLC, Sanger Dental, PLLC, Smile Corner, PLLC, Smile Experts, PLLC, Smile Mart, PLLC, Burk Smiles,

PLLC, Crystal Smiles, PLLC; and Smile Studio, PLLC (collectively, Settling Defendants), it is hereby ORDERED that, with respect to the United States and Texas, the claims asserted in this action against the Settling Defendants that are included within the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice, and all other claims asserted against the Settling Defendants within this action are dismissed without prejudice as to the United States and Texas;

IT IS FURTHER ORDERED that, with respect to the Relators, all claims in this action against the Settling Defendants are hereby dismissed with prejudice;

IT IS FURTHER ORDERED that this Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement referenced herein; and,

IT IS FURTHER ORDERED that except for the Relators' Complaint (Doc. 1), the United States' Notice of Partial Intervention for Purpose of Settlement (Doc. 44), the United States' Notice of Declination As to Non-Settling Defendants (Doc. 45), the Joint Stipulation of Dismissal (Doc. 47), and this Order, all other sealed papers or orders on file in this matter shall remain under seal.

**SO ORDERED**; signed this 13th day of May, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE