**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; and THE STATE OF TEXAS, | * | |
| *ex rel.* SANDY PUGA, NELDA TORRES-BROWN, and SONIA CARDOSO, | * | |
| Relators, | * | CIVIL ACTION NO. 3:17-CV-1415-E |
| v. | * | |
| GAURAV PURI, et al, | * | |
| Defendants. | * | |

**ORDER**

Before the Court is Relators' Notice of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which requests that this action be voluntarily dismissed as to all non-intervened Defendants with prejudice as to Relators and without prejudice as to the United States of America and the State of Texas (Doc. 49). The United States has consented to dismissal of all claims against the non-intervened Defendants pursuant to 31 U.S.C. § 3730(b)(1) so long as the dismissal is without prejudice to the United States (Doc. 50).

Accordingly, it is **ORDERED** that all claims against the non-intervened Defendants in this case are hereby dismissed with prejudice as to the Relators. It is further **ORDERED** that all claims against the non-intervened Defendants in this case are hereby dismissed without prejudice as to the United States and the State of Texas.

**SO ORDERED** ; signed June 8, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE